RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Lemont Womack

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID LEMONT WOMACK,<br><br>  Defendant. | Case No. 2:18-cr-00203-RFB-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Lemont Womack, that the Status Conference Hearing currently scheduled on November 30, 2021 be continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Womack has pending state charges. Additional time is necessary to allow Mr. Womack to resolve his state case.

2. Defense counsel has a trial scheduled for November 30, 2021, which conflicts with the scheduled status check.

3. Parties agree to the continuance.

4. Mr. Womack does not object to the continuance.

This is the second request for a continuance of the Status Conference Hearing.

DATED this 29th day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ *Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID LEMONT WOMACK,<br><br>　　　　Defendant. | Case No. 2:18-cr-00203-RFB-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Status Conference Hearing currently scheduled on November 30, 2021 at 9:00 am., be vacated and continued to <u>Feb 1, 2022</u> at the hour of <u>9</u> : <u>00</u> a.m.

　　　DATED this <u>30th</u> day of November 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE