RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for David Lemont Womack

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEMONT WOMACK,<br><br>　　　　　Defendant. | Case No. 2:18-CR-00203-RFB-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for David Lemont Womack, that the Revocation Hearing currently scheduled on April 21, 2022 at 11:45 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　After speaking with Mr. Womack and his wife, defense counsel needs additional time to prepare for sentencing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21st day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Allison Reese<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LEMONT WOMACK,<br><br>    Defendant. | Case No. 2:18-CR-00203-RFB-CWH-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 21, 2022 at 11:30 a.m., be vacated and continued to  May 2, 2022  at the hour of  1 : 00  p .m.; or to a time and date convenient to the court, by videoconference.

   DATED this 21st day of April 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3